Electronically Filed - St Louis County - November 07, 2025 - 01:49 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

CAROLYN LITTLE

Plaintiff

v.

DOLLAR TREE STORES, INC.,

Serve: CSC Lawyers Incorporating
Service Company
221 Bolivar Street
Jefferson City, MO 65101

Cause No:____________

Division: _____

**PETITION**

COMES NOW, Plaintiff Carolyn Little ("Plaintiff") by and through counsel Paul L. Knobbe and the law firm of Kanner & Pintaluga, and for her cause of action against Defendant Dollar Tree Stores, Inc. ("Defendant"), states as follows:

1. Plaintiff is a citizen of the State of Missouri.

2. Defendant is a foreign corporation in good standing with, and doing business in, the State of Missouri.

3. At all times relevant, Defendant owned, operated, managed, maintained and controlled the premises at the Dollar Tree store located at 9136 St Charles Rock Rd, Breckenridge Hills, MO 63114, in St. Louis County, Missouri (hereinafter "the Premises").

4. This Court has jurisdiction pursuant to §506.500 RSMo. as Defendant transacted business in the State of Missouri, committed tortious acts within the State of Missouri, and/or owned, used or possessed real estate in the State of Missouri.

Electronically Filed - St Louis County - November 07, 2025 - 01:49 PM

5. Venue is proper in the Circuit Court of St. Louis County, Missouri pursuant to §508.010 RSMo., as Plaintiff was first injured by the acts of the Defendant in St. Louis County, Missouri.

6. On or about August 4, 2023, Plaintiff was an invitee on the premises noted above.

7. On or about August 4, 2023, a box, or boxes, were left on the floor of an aisle in the area of the premises where customers, and Plaintiff had access.

8. On or about August 4, 2023 Plaintiff was entering an aisle she had been directed to by a Dollar Tree employee to locate a product, when she tripped on said boxes which had been left on the floor in the aisle as Plaintiff was focused on the product she was looking for on an upper shelf.

9. Defendant knew, or by using ordinary care should have known, that the premises were dangerous and had a defective condition, in that the box or boxes were left in an aisle on area where customers had access and where customers would be focused on products on shelving, and not on items left on the floor.

10. Defendant was negligent as follows:

a. Left a box or boxes on the floor near the end of an aisle in an area that was not readily visible to customers entering the aisle;

b. Failed to warn plaintiff of the box or boxes which had been left on the floor in the aisle; and,

c. Failed to store boxes in an area where they would not be a hazard to invitees such as Plaintiff.

11. The premises was not reasonably safe at the time of Plaintiff's fall, due to the above described negligence of Defendant.

Electronically Filed - St Louis County - November 07, 2025 - 01:49 PM

12. As a direct and proximate result of Defendant's negligent acts and/or omissions, Plaintiff suffered serious and permanent injuries to her left knee, right hip, left wrist and right shoulder, causing her to undergo medical procedures and resulting impaired mobility, that she has been required to and will in the future be required to undergo painful and burdensome therapy, and will continue to have pain, discomfort and immobility in the future, has suffered pain and disfigurement, and has been unable to enjoy her usual and customary activities of daily life.

13. Plaintiff has incurred costs for medical care and treatment in the past and will continue to incur costs in the future.

14. WHEREFORE, Plaintiff Carolyn Little prays this Court enter Judgment against Defendant Dollar Tree Stores, Inc., for such damages as are fair and reasonable and in excess of Twenty-Five Thousand and No/100 Dollars ($25,000.00), together with her costs herein incurred and expended and or any other such relief this Court deems just and proper.

Respectfully submitted,
KANNER & PINTALUGA

/s/ Paul L. Knobbe________
Paul L. Knobbe MBE #49026
222 S. Central, Suite 804
Clayton, MO 63105
pknobbe@kpattorney.com
Phone: 314-492-8950
Fax: 866-641-4690

Electronically Filed - ST LOUIS COUNTY - November 07, 2025 - 02:05 PM

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

SEAL OF THE CIRCUIT COURT OF ST. LOUIS COUNTY MISSOURI

For File Stamp Only

Carolyn Little
Plaintiff/Petitioner

vs.

Dollar Tree Stores, Inc.
Defendant/Respondent

November 7, 2025
Date

25SL-CC12829
Case Number

3
Division

# REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Carolyn Little (Requesting Party), pursuant to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

| Name of Process Server | Address | Telephone |
|---|---|---|
| McDowell & Associates, Ltd. | 12213 Big Bend Road, St. Louis, MO | 314-621-9300 |
| Name of Process Server | Address or in the Alternative | Telephone |
| Name of Process Server | Address or in the Alternative | Telephone |

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
Dollar Tree Stores, Inc. through CSC Lawyers Incorporating
Name
221 Bolivar Street
Address
Jefferson City, MO 65101
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By ______________________
Deputy Clerk

______________________
Date

/s/ Paul L. Knobbe
Signature of Attorney/Plaintiff/Petitioner
Paul L. Knobbe, MBE #49026
Bar No.
222 S. Central Ave., Suite 804, Clayton, MO 63105
Address
(314) 492-8950 (866) 641-4690
Phone No. Fax No.

CCADM62-WS Rev. 07/22

EXHIBIT 1

Electronically Filed - ST LOUIS COUNTY - November 07, 2025 - 02:05 PM

Local Rule 28. SPECIAL PROCESS SERVERS

(1) Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2) The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A) Appointments may list more than one server as alternates.

(B) The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C) Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D) No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E) Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms/associate-civil/request-process-server/

(F) This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system. Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>HEATHER RENE CUNNINGHAM | **Case Number: 25SL-CC12829** | |
| Plaintiff/Petitioner:<br>CAROLYN LITTLE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>PAUL L KNOBBE<br>222 S. CENTRAL<br>SUITE 804<br>CLAYTON, MO 63105 | |
| Defendant/Respondent:<br>DOLLAR TREE STORES, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp for Return) |

**The State of Missouri to: DOLLAR TREE STORES, INC.**
**Alias:**

**CSC-LAWYERS INC SERV CO**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

09-DEC-2025
Date

/S/ Adam Dockery
Clerk

**Further Information:**
AD

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
__________________________________ (name) ________________________ (title).

☐ other: ______________________________________________________________.

Served at ________________________________________________________ (address)
in __________________________ (County/City of St. Louis), MO, on _______________ (date)
at ___________ (time).

________________________________ ________________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: _______________ ______________________
Date Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (______ miles @ $.______ per mile) |
| **Total** | **$__________** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the “neutral,” who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator’s decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) <u>Mediation:</u>** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

**OFFICE OF THE CIRCUIT CLERK**
Missouri's 21st Judicial Circuit, St. Louis County
Civil Department
105 South Central Avenue, Clayton, MO 63105
Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.
Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

Electronically Filed - ST LOUIS COUNTY - December 23, 2025 - 03:37 PM

# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>HEATHER RENE CUNNINGHAM | **Case Number: 25SL-CC12829** | |
| Plaintiff/Petitioner:<br>CAROLYN LITTLE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>PAUL L KNOBBE<br>222 S. CENTRAL<br>SUITE 804<br>CLAYTON, MO 63105 | |
| Defendant/Respondent:<br>DOLLAR TREE STORES, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp for Return) |

**The State of Missouri to: DOLLAR TREE STORES, INC.**
**Alias:**

**CSC-LAWYERS INC SERV CO**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

09-DEC-2025
Date

/S/ Adam Dockery
Clerk

**Further Information:**
AD



EXHIBIT 1

Electronically Filed - ST LOUIS COUNTY - December 23, 2025 - 03:37 PM

Case Number: 25SL-CC12829

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:
Lauren Shipley (name) Authorized Agent (title).

☐ other: ______________________.

Served at 221 Bolivar St. Jefferson City Mo. (address)
in Cole (County/City of St. Louis), MO, on 12-10-25 (date)
at 1:40 p.m. (time).

Rufus R. Harmon
Printed Name of Officer or Server

Rufus R Harmon
Signature of Officer or Server

KELSEY SCHRIMPF
Notary Public, Notary Seal
State of Missouri
Cole County
Commission # 23381805
My Commission Expires 08-14-2027
(Seal)

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on 12/14/25 (date).
My commission expires: 8/14/27 Date
Kelsey Schrimpf Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $______ |
| Non Est | $______ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $______ (______ miles @ $.______ per mile) |
| **Total** | **$______** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



EXHIBIT 1