25SL-CC12829

Electronically Filed - St Louis County - November 07, 2025 - 01:49 PM

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

CAROLYN LITTLE

      Plaintiff

v.

DOLLAR TREE STORES, INC.,

Serve: CSC Lawyers Incorporating
Service Company
221 Bolivar Street
Jefferson City, MO 65101

Cause No:_____

Division: _____

### PETITION

COMES NOW, Plaintiff Carolyn Little ("Plaintiff") by and through counsel Paul L. Knobbe and the law firm of Kanner & Pintaluga, and for her cause of action against Defendant Dollar Tree Stores, Inc. ("Defendant"), states as follows:

1.      Plaintiff is a citizen of the State of Missouri.

2.      Defendant is a foreign corporation in good standing with, and doing business in, the State of Missouri.

3.      At all times relevant, Defendant owned, operated, managed, maintained and controlled the premises at the Dollar Tree store located at 9136 St Charles Rock Rd, Breckenridge Hills, MO 63114, in St. Louis County, Missouri (hereinafter "the Premises").

4.      This Court has jurisdiction pursuant to §506.500 RSMo. as Defendant transacted business in the State of Missouri, committed tortious acts within the State of Missouri, and/or owned, used or possessed real estate in the State of Missouri.

EXHIBIT 1

Electronically Filed - St Louis County - November 07, 2025 - 01:49 PM

5.    Venue is proper in the Circuit Court of St. Louis County, Missouri pursuant to §508.010 RSMo., as Plaintiff was first injured by the acts of the Defendant in St. Louis County, Missouri.

6.    On or about August 4, 2023, Plaintiff was an invitee on the premises noted above.

7.    On or about August 4, 2023, a box, or boxes, were left on the floor of an aisle in the area of the premises where customers, and Plaintiff had access.

8.    On or about August 4, 2023 Plaintiff was entering an aisle she had been directed to by a Dollar Tree employee to locate a product, when she tripped on said boxes which had been left on the floor in the aisle as Plaintiff was focused on the product she was looking for on an upper shelf.

9.    Defendant knew, or by using ordinary care should have known, that the premises were dangerous and had a defective condition, in that the box or boxes were left in an aisle on area where customers had access and where customers would be focused on products on shelving, and not on items left on the floor.

10.    Defendant was negligent as follows:

   a.  Left a box or boxes on the floor near the end of an aisle in an area that was not readily visible to customers entering the aisle;

   b.  Failed to warn plaintiff of the box or boxes which had been left on the floor in the aisle; and,

   c.  Failed to store boxes in an area where they would not be a hazard to invitees such as Plaintiff.

11.    The premises was not reasonably safe at the time of Plaintiff's fall, due to the above described negligence of Defendant.

EXHIBIT 1

Electronically Filed - St Louis County - November 07, 2025 - 01:49 PM

12.     As a direct and proximate result of Defendant's negligent acts and/or omissions, Plaintiff suffered serious and permanent injuries to her left knee, right hip, left wrist and right shoulder, causing her to undergo medical procedures and resulting impaired mobility, that she has been required to and will in the future be required to undergo painful and burdensome therapy, and will continue to have pain, discomfort and immobility in the future, has suffered pain and disfigurement, and has been unable to enjoy her usual and customary activities of daily life.

13.     Plaintiff has incurred costs for medical care and treatment in the past and will continue to incur costs in the future.

14.     WHEREFORE, Plaintiff Carolyn Little prays this Court enter Judgment against Defendant Dollar Tree Stores, Inc., for such damages as are fair and reasonable and in excess of Twenty-Five Thousand and No/100 Dollars ($25,000.00), together with her costs herein incurred and expended and or any other such relief this Court deems just and proper.

Respectfully submitted,
KANNER & PINTALUGA


/s/ Paul L. Knobbe
Paul L. Knobbe MBE #49026
222 S. Central, Suite 804
Clayton, MO 63105
pknobbe@kpattorney.com
Phone: 314-492-8950
Fax: 866-641-4690

EXHIBIT 1